| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
|   | KDugdale@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 1888 Century Park E., Suite 1700 |
| 3 | Los Angeles, CA  90067-1721 |
|   | Telephone:  310.788.9900 |
| 4 | Facsimile:  310.788.3399 |
| 5 | Jonathan G. Polak (appearing *Pro Hac Vice*) |
|   | jpolak@taftlaw.com |
| 6 | TAFT STETTINIUS & HOLLISTER LLP |
|   | One Indiana Square, Suite 3500 |
| 7 | Indianapolis, IN 46204 |
|   | Telephone: 317.713.3500 |
| 8 | Facsimile: 317.713.3699 |
| 9 | Leon D. Bass (appearing *Pro Hac Vice*) |
|   | lbass@taftlaw.com |
| 10 | TAFT STETTINIUS & HOLLISTER LLP |
|    | 65 E. State St., Ste. 1000 |
| 11 | Columbus, OH 43205 |
|    | Telephone: 614.431.2277 |
| 12 | Facsimile: 614.221.2007 |
| 13 | Attorneys for Defendants Barry Manilow, Barry Manilow Productions, Stiletto Entertainment, Garry C. Kief and Judy Garland Heirs' Trust |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PAYNE, an individual, | Case No. 2:18-cv-03413-PSG-PLA |
| Plaintiff, | |
| v. | **DECLARATION OF LEON D. BASS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS.** |
| BARRY MANILOW, an individual; BARRY MANILOW PRODUCTIONS, a business entity; STILETTO ENTERTAINMENT, a business entity; GARRY C. KIEF, an individual; JUDY GARLAND HEIRS' TRUST, a business entity; AEG LIVE, LLC, a limited liability company; AEG LIVE PRODUCTIONS, LLC, a limited liability company, CLIVE DAVIS, an individual; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware nonstock corporation; LIZA MINELLI, an individual; LORNA LUFT, an individual; JOEY LUFT, an | |

-1-

individual; MADISON SQUARE GARDEN COMPANY, a Delaware corporation; LIVE NATION ENTERTAINMENT, INC., a Delaware corporation, and DOE 10, inclusive,

Defendants.

I, Leon D. Bass, declare as follows:

1. I am an attorney at the law firm of Taft Stettinius & Hollister, LLP, and am counsel of record for Defendant Barry Manilow, Barry Manilow Productions, Stiletto Entertainment, Garry C. Kief, the Judy Garland Heirs' Trust. I make this declaration based on my own personal knowledge. If called to testify, I am competent to testify to the facts set forth herein.

2. Attached as Exhibit A-1 is a copy of a printout showing all of the Judy Garland Show copyrights registration information extracted from the US Copyright Office online portal at https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First. The document is a public record and was extracted and printed on 9/9/2018. I personally searched the records and extracted the information as it appeared the US Copyright Office online portal, and I cut and pasted the same into Exhibit A-1.

3. Attached as Exhibit A-2 is a copy of an official public record that I obtained directly from the office of the New Secretary of State showing public business records of Kingsrow Productions, Inc., kept in the ordinary course by the New York Secretary of State. I obtained this document on 8/13/2018.

3. Attached as Exhibits A-3, containing copyright certificates for the Judy Garland Shows, introduced into evidence as Exhibit 1 on 3/21/1978 by Michael Sidney Luft on behalf of Plaintiff Kingsrow in the case of *Kingsrow Enterprises, Inc. v. Metromedia, Inc*, (1978), 203 U.S.P.Q. 489, 1978-81 Copr.L.Dec. P 25,035; 1978 WL 952, 74 Civ 2856 (SDNY 1974). Ex A-7 attached

hereto is also a document obtained from that case as Plaintiff Kingsrow's Exhibit 20. I obtained these documents directly from the court's case file records, kept in the ordinary course and located in the Federal Court National Archives at Kansas City, where the case file archives for the Southern District of New York were delivered. Copies of the case file records were obtained by me through an agent acting for me at my request, located in Kansas City, who I directed to copy the records and provide them to me after I arranged with the National Archives for the records to be delivered and made available to me in Kansas City. I obtained these documents on 8/20/2018.

4. Attached as Exhibits A-4, A-5, A-6, A-8, A-9 and A-13 are copies of documents and records containing an attorney declaration that includes a portion of Michael Sidney Luft's deposition, and a sworn acknowledged affidavits and interrogatory responses of Michael Sidney Luft that includes the attached so called "April Fools Document", an alleged stock pledge from Judy Garland to Michael Sidney Luft. These records were filed or otherwise introduced into evidence by the parties in *Glassman et. al. v. Michael \Sidney Luft, et. al.*, Superior Court of the State of California for the county of Los Angeles, Case No. C85848 (1974). I obtained these documents directly from the court's case file records, kept in the ordinary course and located in the court's archives in Los Angeles. Copies of the case file records were obtained by me through an agent at the law firm of Perkins Coie, acting for me at my request, located in Los Angles, who I directed to copy the records and provide them to me. I obtained these documents on or about July 24-26, 2018.

5. Attached as Exhibit A-10 is a true and accurate printout obtained directly from the U.S. Copyright Office, emailed to me on 9/23/2018, showing official copyright records held by the Library of Congress regarding an assignment recorded by Michael Sidney Luft of the copyrights in the Judy Garland Show to

-3-

himself from Kingsrow Enterprises, Inc. on December 26, 1979.

6. I performed a search of the records of the U.S. Copyright Office via its online portal linked from www.copyright.gov at https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First on 9/23/2018 for all transactions involving Celebrity Music. The only listed transaction related to or referencing the Judy Garland show was a recordation of an assignment from Celebrity Music Company, Inc. to Classic World, Inc. dated October 1, 1997. There were two listings, one for the recordation of the assignment of the 26 Judy Garland Shows and one for the recordation of the assignment of the two specials. Attached as Exhibits A-11 and A-12 are true and accurate printouts obtained directly from the U.S. Copyright Office, emailed to me on 9/23/2018, showing official copyright records held by the Library of Congress regarding these two recordation of assignments.

7. Attached as Exhibit A-14 is a copy of the notice of termination recorded at the United States Copyright Office by The Judy Garland Heirs' Trust.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 24th day of September 2018, at Columbus, Ohio.

_____
Leon D. Bass