1  Sandra A. Crawshaw-Sparks (SBN 291101)
   scrawshaw@proskauer.com
2  Jennifer L. Jones (SBN 284624)
   jljones@proskauer.com
3  PROSKAUER ROSE LLP
   2029 Century Park East, Suite 2400
4  Los Angeles, California 90067
   Telephone: 310.557.2700
5  Facsimile: 310.557.2193

6  *Attorneys for Defendant National Academy of
   Recording Arts & Sciences, Inc.*
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11

12 DARRYL PAYNE,                          Case No. 2:18-cv-03413-PSG-PLA

13            Plaintiff,                  **DECLARATION OF JENNIFER L.
                                          JONES IN SUPPORT OF
14     v.                                 DEFENDANT NATIONAL
                                          ACADEMY OF RECORDING ARTS
15 BARRY MANILOW, an individual;          & SCIENCES, INC.'S MOTION TO
   STILETTO ENTERTAINMENT, a              DISMISS FOURTH AMENDED
16 business entity; GARRY C. KEIF, an     COMPLAINT**
   individual; JUDY GARLAND HEIRS'
17 TRUST, a business entity; AEG LIVE,    Date: February 25, 2019
   LLC, a limited liability company; AEG  Time: 1:30 p.m.
18 LIVE PRODUCTIONS, LLC, a limited       Courtroom: 6A
   liability company; CLIVE DAVIS, an     Judicial Officer: Hon. Philip S.
19 individual; NATIONAL ACADEMY OF        Gutierrez
   RECORDING ARTS & SCIENCES,
20 INC., a Delaware nonstock corporation;
   LIZA MINELLI, an individual; LORNA
21 LUFT, an individual; JOEY LUFT, an
   individual; MADISON SQUARE
22 GARDEN COMPANY, a Delaware
   corporation; LIVE NATION
23 ENTERTAINMENT, INC., a Delaware
   corporation; and DOE 10, inclusive,
24
              Defendants.
25

26

27

28

DECLARATION OF JENNIFER L. JONES IN SUPPORT OF MOTION TO DISMISS FOURTH AMENDED
                      COMPLAINT (2:18-cv-03413-PSG-PLA)

I, Jennifer L. Jones, declare as follows:

1. I am an attorney licensed to practice in the State of California, and I am admitted to practice before this Court. I am associated with the law firm Proskauer Rose LLP, counsel for Defendant National Academy of Recording Arts & Sciences, Inc. ("the Recording Academy") in the above-entitled action. I have personal knowledge of the facts set forth below, and if called as a witness, I could testify truthfully thereto.

2. This declaration is submitted in support of the Recording Academy's motion to dismiss the Fourth Amended Complaint, and to satisfy the obligations of Local Rule 7-3.

3. On December 7, 2018, I met and conferred with Plaintiff's counsel, W. Gary Kurtz. At that time, I explained to counsel the substance of the Recording Academy's anticipated motion and requested that the Recording Academy be voluntarily dismissed from the suit.

4. Plaintiff's counsel has declined to dismiss the causes of action asserted against the Recording Academy in the Fourth Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   December 14, 2018         By:   /s/ *Jennifer L. Jones*
                                         Jennifer L. Jones

1

DECLARATION OF JENNIFER L. JONES IN SUPPORT OF MOTION TO DISMISS FOURTH AMENDED COMPLAINT (2:18-cv-03413-PSG-PLA)