Sandra A. Crawshaw-Sparks (SBN 291101)
scrawshaw@proskauer.com
Jennifer L. Jones (SBN 284624)
jljones@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310.557.2700
Facsimile: 310.557.2193

*Attorneys for Defendant National Academy of Recording Arts & Sciences, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRYL PAYNE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARRY MANILOW, an individual; STILETTO ENTERTAINMENT, a business entity; GARRY C. KEIF, an individual; JUDY GARLAND HEIRS' TRUST, a business entity; AEG LIVE, LLC, a limited liability company; AEG LIVE PRODUCTIONS, LLC, a limited liability company; CLIVE DAVIS, an individual; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware nonstock corporation; LIZA MINELLI, an individual; LORNA LUFT, an individual; JOEY LUFT, an individual; MADISON SQUARE GARDEN COMPANY, a Delaware corporation; LIVE NATION ENTERTAINMENT, INC., a Delaware corporation; and DOE 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-03413-PSG-PLA<br><br>**DEFENDANT NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS FOURTH AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:　February 25, 2019<br>Time:　1:30 p.m.<br>Courtroom:　6A<br>Judicial Officer: Hon. Philip S. Gutierrez |

# REQUEST FOR JUDICIAL NOTICE

Defendant National Academy of Recording Arts & Sciences, Inc. ("the Recording Academy") requests that the Court take judicial notice of the following documents offered in support of its motion to dismiss *with prejudice* the Fourth Amended Complaint of Plaintiff Darryl Payne as against the Recording Academy pursuant to Rule 12(b)(6):

EXHIBIT A:    "Barry Manilow Gives Surprise Performance at Clive Davis' Pre-Grammy Party Days After Hospitalization," published February 15, 2016 at abcnewsradioonline.com.

EXHIBIT B:    "Barry Manilow Gives Surprise Performance at Pre-GRAMMYs Party Three Days After Hospitalization," published February 15, 2016 at etonline.com.

EXHIBIT C:    "Barry Manilow Makes Surprise Return to Stage at Clive Davis' Pre-Grammy Gala," published February 15, 2016 at billboard.com.

EXHIBIT D:    "Barry Manilow Makes Surprise Appearance, Performing at Clive Davis' Grammy Bash Just Days After Emergency Surgery," published February 15, 2016 at people.com.

Respectfully Submitted,

Dated:  December 14, 2018          PROSKAUER ROSE LLP

By:  */s/ Jennifer L. Jones*

Sandra A. Crawshaw-Sparks (SBN 291101)
Jennifer L. Jones (SBN 284624)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310.557.2700
Facsimile: 310.557.2193

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

scrawshaw@proskauer.com
jljones@proskauer.com

*Attorneys for National Academy of Recording Arts & Sciences, Inc.*

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Evidence 201(b) authorizes courts to take judicial notice of facts that are "not subject to reasonable dispute" and that are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Exhibits A through D meet this standard.

The documents the Recording Academy asks the Court to take judicial notice of are news articles from established entertainment online resources—ABC News, Billboard, ET, and People—each of which evidences the same fact: it was not in the public realm at the time that Mr. Manilow would appear at the Clive Davis Pre-GRAMMY® Gala in February 2016 because Mr. Manilow's performance was a "surprise" and "unexpected". *See* Ex. A at 1 ("We don't know if it's a miracle, but **Barry Manilow** unexpectedly showed up to perform at music mogul **Clive Davis**' annual pre-Grammy party on Sunday, February 14 . . . ."); Ex. B at 1 (*see* headline, referring to Mr. Manilow's "Surprise Performance at Pre-GRAMMYs Party"); Ex. C at 2 ("**Barry Manilow** made a surprise return to the stage for Clive Davis' pre-Grammys party in L.A. Sunday night (Feb. 14) . . . ."); and Ex. D. at 2 (". . . Barry Manilow hit up Clive Davis' annual pre-Grammys bash for a surprise performance").

Judicial notice of news articles is appropriate when they provide evidence to "indicate what was in the public realm at the time . . . ." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (noting that, while courts are not permitted to take notice of news articles for their truth, courts *can* take notice of news articles to "indicate what was in the public realm at the time" and taking judicial notice of news articles on that basis). Thus, this Court can consider that the public did not know in advance that Mr. Manilow would appear at the February 14, 2016 Clive Davis Pre-GRAMMY Gala.

For the foregoing reasons, Exhibits A through D may be considered by the Court in ruling on the motion, and the Recording Academy respectfully requests

1 | that the Court grant this Request for Judicial Notice.

2 | Respectfully Submitted,

3 | Dated: December 14, 2018    PROSKAUER ROSE LLP

By: */s/ Jennifer L. Jones*

Sandra A. Crawshaw-Sparks (SBN 291101)
Jennifer L. Jones (SBN 284624)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310.557.2700
Facsimile: 310.557.2193
scrawshaw@proskauer.com
jljones@proskauer.com

*Attorneys for National Academy of Recording Arts & Sciences, Inc.*