147016429.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PAYNE, an individual, | Case No. 2:18-cv-03413-PSG-PLA |
| Plaintiff, | |
| v. | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| BARRY MANILOW, an individual; STILETTO ENTERTAINMENT, a business entity; GARRY C. KIEF, an individual; JUDY GARLAND HEIRS' TRUST, a business entity; AEG LIVE, LLC, a limited liability company; AEG LIVE PRODUCTIONS, LLC, a limited liability company; LIZA MINNELLI, an individual; LORNA LUFT, an individual; JOEY LUFT, an individual; MADISON SQUARE GARDEN COMPANY, a Delaware corporation; LIVE NATION ENTERTAINMENT, INC., a Delaware corporation, and BMPI, INC., a Nevada corporation previously sued herein as DOE 10, | **DISCOVERY MATTER** |
| Defendants. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted.**

**IT IS SO ORDERED.**

DATED: January 27, 2020

*Paul L. Abrams*
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

147016429.1